S.D.N.Y.-N.Y.C.
11-cv-5201 11-cv-6188
11-cv-6189 11-cv-6190
11-cv-6192 11-cv-6193
11-cv-6195 11-cv-6196
11-cv-6198 11-cv-6200
11-cv-6201 11-cv-6202
11-cv-6203 11-cv-6739
11-cv-7010
Cote, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of July, two thousand thirteen.

Present:
> José A. Cabranes,
> Reena Raggi,
> Richard C. Wesley,
> > *Circuit Judges*.

---

In re Federal Housing Finance Agency.      13-1122
-----------------------------------------------------

UBS Americas Inc., *et al.*,

> *Petitioners*,

v.

Federal Home Loan Mortgage Corporation, *et al.*,

> *Respondents*.

---

Petitioners, through counsel, have filed a petition for a writ of mandamus seeking reversal of certain discovery rulings made by the district court in these coordinated cases. Upon due consideration, it is hereby ORDERED that the mandamus petition is DENIED because Petitioners have not demonstrated that they lack an adequate, alternative means of obtaining the relief they seek – *i.e.*,

SAO-LB

an appeal from a final judgment. *See Linde v. Arab Bank, PLC*, 706 F.3d 92, 107, 117-18 (2d Cir. 2013).

                                          FOR THE COURT:
                                          Catherine O'Hagan Wolfe, Clerk

*Catherine O'Hagan Wolfe* (signature)